506 F.2d 1386
 Mrs. Annie Laurie REWIS, as temporary administratrix of the
Estate of Joann Rewis, Deceased, and Mrs. Annie
Laurie Rewis and Joseph Sidney Rewis,
Individually, Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 73-2340.
 United States Court of Appeals, Fifth Circuit.
 Jan. 27, 1975.
 
 ON PETITION FOR REHEARING
 Before BROWN, Chief Judge, and TUTTLE and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 It is ordered that the petition for rehearing filed in the above entitled and numbered cause be and the same is hereby
 
 
 2
 Denied.
 
 SIMPSON, Circuit Judge (dissenting):
 
 3
 For the reasons outlined by my dissent to the panel opinion, I respectfully register my emphatic dissent to the majority's denial of the government's petition for rehearing.